UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GAUDIO, on behalf of himself and all other current and former non-exempt employees,

Plaintiff,

v.

US FOODS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS U.S. FOODSERVICE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:25-CV-02859-JLT-FJS

ORDER RE: STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION

(ECF No. 30)

On October 21, 2026, Plaintiff Anthony Gaudio ("Plaintiff") and Defendant US Foods, Inc. ("Defendant") (collectively, the "Parties"), filed a stipulation to stay action pending mediation. (*See* ECF No. 30.) Pursuant to the stipulation, the parties request that this action be stayed pending mediation scheduled for February 2, 2027, and that all deadlines in this action be vacated and reset after the stay. Based on the Parties' stipulation, and good cause appearing, it is HEREBY ORDERED that:

(1) This action is STAYED until March 2, 2027, to allow the parties time to mediate this matter; and

(2) All deadlines in this action, including but not limited to any deadlines to file responsive pleadings or a renewed motion to dismiss or stay, conducting discovery, and setting hearings, and any deadline concerning class certification, are vacated, to be reset by the court after the stay; and

(3) On or before February 16, 2027, the parties shall file a joint status report regarding the mediation to inform the court of the outcome of mediation and proposed next steps in this action.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE