UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GAUDIO, on behalf of himself and all other current and former non-exempt employees,

Plaintiff,

v.

US FOODS, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS U.S. FOODSERVICE, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:25-CV-02859-JLT-FJS

ORDER RE: NOTICE OF WITHDRAWAL AS ATTORNEY

(ECF No. 32)

In view of the notice of withdrawal as counsel for Defendant US Foods, Inc. (ECF No. 32), the Clerk of Court is hereby DIRECTED to terminate Lauren R. Leibovitch as an attorney of record for Defendant. Defendant will continue to be represented in this matter by the remaining attorneys of record. *See* L.R. 182(b).

IT IS SO ORDERED.

Dated: **November 2, 2026**

UNITED STATES MAGISTRATE JUDGE